# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ALBA LINARES, on behalf of herself and on behalf of those similarly situated,**

      **Plaintiff,**

CASE NO.: 6:07-CV-1595-ORL-22DAB

vs.

**AMERIGROUP CORPORATION,**

      **Defendant.**
_____/

## AMENDED COMPLAINT & DEMAND FOR JURY TRIAL

1. Plaintiff, ALBA LINARES, on behalf of herself and on behalf of those similarly situated, ("Plaintiff"), was an employee of AMERIGROUP CORPORATION. ("Defendant"), and brings this action for unpaid overtime compensation, declaratory relief and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"). Plaintiff was a community event representative, and performed related activities for Defendants in Orange County, Florida.

2. Defendant, AMERIGROUP CORPORATION, is a Florida corporation that operates and conducts business in, among others, Orange County, Florida, and is therefore, within the jurisdiction of this Court.

3. This action is brought under the FLSA to recover from Defendants overtime compensation, liquidated damages, and reasonable attorneys' fees and costs. This action is intended to include each and every community event representative who worked for the Defendant at any time within the past three (3) years.

4. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1337 and the FLSA.

5. At all material times relevant to this action, Defendant was an enterprise covered by the FLSA, and as defined by 29 U.S.C. § 203(r) and 203 (s).

6. At all times relevant to this action, Defendants failed to comply with 29 U.S.C. §§ 201-209, because Plaintiff performed services for Defendants for which no provisions were made by Defendants to properly pay Plaintiff for those hours worked in excess of forty within a work week.

7. During her employment with Defendants, Plaintiff was not paid time and one-half her regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

8. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

9. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-8 above.

10. Plaintiff is/was entitled to be paid time and one-half their regular rate of pay for each hour worked in excess of forty (40) per work week. During their employment with Defendants, Plaintiff regularly worked overtime hours but was not paid time and one half compensation for same.

11. As a result of Defendants' intentional, willful, and unlawful acts in refusing to pay Plaintiff time and one half their regular rate of pay for each hour worked in excess of forty (40)

per work week in one or more work weeks, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

12. As a result of Defendants' willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

13. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment against Defendants for the payment of all overtime hours at one and one-half the regular rate of pay for the hours worked by her for which Defendants did not properly compensate her, liquidated damages, reasonable attorneys' fees and costs incurred in this action, and any and all further relief that this Court determines to be just and appropriate.

Dated this 28th day of February, 2008.

**s/ CARLOS LEACH**
Carlos Leach, Esquire
FBN 0540021
Morgan & Morgan, P.A.
20 N. Orange Ave., 4th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:   (407) 420-1414
Facsimile:    (407) 420-5956
Email: cleach@forthepeople.com
Attorneys for Plaintiff
